JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MIRANDA,<br><br>                       Plaintiff,<br>   vs.<br><br>COMPASS GROUP USA INC.,<br>                  Defendants.<br>_____ | ) Case No. CV13-03609-GAF (MRWx)<br>)<br>)<br>) **ORDER DISMISSING ACTION IN**<br>) **ITS ENTIRETY**<br>) [Filed concurrently with Stipulation of<br>) Dismissal]<br>)<br>) |

**GOOD CAUSE APPEARING**,

**IT IS HEREBY ORDERED**, that this action shall be dismissed in its entirety, with prejudice, and without costs.

DATED: May 9, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS - 6

ORDER DISMISSING ACTION